1  JAMI L. FERRARA
   California State Bar No.189109
2  Law Office of Jami L. Ferrara
   964 Fifth Avenue, Suite 335
3  San Diego, California 92101
   Telephone: (619) 239-4344
4  Facsimile: (619) 544-1429
   Email: jamiferrara@msn.com
5
6  Attorney for Mr. Laporta

**FILED**

JUN - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_     DEPUTY

7
8              UNITED STATES DISTRICT COURT
9             SOUTHERN DISTRICT OF CALIFORNIA
10              (HONORABLE PETER C. LEWIS)

11 UNITED STATES OF AMERICA,            )   Case No. 08mj8397-PCL
12           Plaintiff,                 )
                                        )   ACKNOWLEDGMENT BY
13 v.                                   )   SURETIES OF MODIFICATION
                                        )   OF CONDITIONS OF RELEASE
14 JOSEPH JUNIOR LAPORTA,               )
                                        )
15           Defendant.                 )
16 _____)

17        The undersigned sureties to defendant, Joseph Junior Laporta's,
18 bond, hereby acknowledge and consent to the modification of the defendant's
19 Conditions of Release allowing him to travel to Mexicali, Baja California, Mexico for
20 one day to retrieve personal property.
21        We each declare that the foregoing is true and correct.
22
23 Dated: 6-05-08
                                        _____
24                                      JOSEPH LAPORTA
                                        Surety to Bond
25 Dated: 6-05-08
                                        _____
26                                      MARIA GOMEZ
                                        Surety to Bond
27
28