

```
FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ℰℱ             DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Criminal Case No. 08CR1841-BTM |
|                                  ) | |
|                    Plaintiff,    ) | I N F O R M A T I O N |
|                                  ) | |
|         v.                       ) | Title 21, U.S.C., Secs. 952 and |
|                                  ) | 960 - Importation of Marijuana; |
| JOSEPH JUNIOR LAPORTA (1),       ) | Title 18, U.S.C., Sec. 2 - Aiding |
| CONNIE ZUNIGA (2),               ) | and Abetting (Felony) |
|                                  ) | |
|                    Defendants.   ) | |

The United States Attorney charges:

On or about May 8, 2008, within the Southern District of California, defendants JOSEPH JUNIOR LAPORTA and CONNIE ZUNIGA, did knowingly and intentionally import approximately 42.14 kilograms (90.50 pounds), of Marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: June 5, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John J. Venturino/*

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:Imperial
6/5/08