UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE PETER C. LEWIS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1841-BTM |
| Plaintiff, | ) | |
| v. | ) | ORDER ALLOWING TRAVEL TO MEXICO FOR ONE DAY |
| JOSEPH JUNIOR LAPORTA, | ) | |
| Defendant, | ) | |

**IT IS SO ORDERED** for good cause having been shown, that the defendant, Joseph Junior Laporta, in the above-captioned case be allowed to travel to Mexico for one day. Defendant Laporta must notify the Pretrial Services Officer prior to and upon his return from Mexico.

**SO ORDERED.**

DATED: June 9, 2008

HONORABLE PETER C. LEWIS
United States Magistrate Judge