1  KAREN P. HEWITT
   United States Attorney
2  DOMINIC E. KARDUM
   Assistant U.S. Attorney
3  California State Bar No. 229420
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  (619) 557-7848 (Telephone) / (619) 557-5551 (Fax)
   Email: dominic.kardum@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )     Criminal Case No.    08-CR-1841-BTM
                                       )
11                 Plaintiff,          )
                                       )     NOTICE OF APPEARANCE
12            v.                       )
                                       )
13  JOSEPH JUNIOR LAPORTA (1),         )
    CONNIE ZUNIGA (2)                  )
14                                     )
                   Defendant.          )
15  _____ )

16
    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
17
            I, the undersigned attorney, enter my appearance as lead counsel for the United States in the
18
    above-captioned case.
19
            I certify that I am admitted to practice in this court or authorized to practice under
20
    CivLR 83.3.c.3-4.
21
            The following government attorneys (who are admitted to practice in this court or authorized
22
    to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel
23
    for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this
24
    case.
25
            1.     None..
26
    //
27
    //
28

1         Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.

3    Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4         1.    Harold W. Chun.

5         Please feel free to call me if you have any questions about this notice.

6         DATED:  August 25, 2008.

7                          KAREN P. HEWITT
                           United States Attorney

8

9

10                         <u>s/Dominic E. Kardum</u>
                      DOMINIC E. KARDUM
                      Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Notice of Appearance                                 08-CR-1841-BTM

28   United States v. Joseph Junior Laporta (1), Connie Zuniga (2)

1                          UNITED STATES DISTRICT COURT

2                         SOUTHERN DISTRICT OF CALIFORNIA

3    UNITED STATES OF AMERICA,              )      Criminal Case No.    08-CR-1841-BTM
                                            )
4                                           )
                     Plaintiff,             )
5                                           )      CERTIFICATE OF SERVICE
                  v.                        )
6                                           )
     JOSEPH JUNIOR LAPORTA (1),             )
7    CONNIE ZUNIGA (2)                      )
                                            )
8                    Defendant.             )
     _____)

9
     IT IS HEREBY CERTIFIED THAT:
10
             I, Dominic Kardum, am a citizen of the United States and am at least eighteen years of age.
11   My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

12           I am not a party to the above-entitled action.  I have caused service of the **Notice of
     Appearance as lead counsel for the United States**, dated August 25, 2008, on the following parties
13   by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which
     electronically notifies them:
14
         1.    Jamie L Ferrara, Attorney for Mr. Laporta (1)
15             964 5th Avenue, Suite 335
               San Diego, CA 92101
16
17       2.    Keith Howard Rutman, Attorney for Ms. Zuniga (2)
               402 W. Broadway, Suite 2010
18             San Diego, CA 92101-8516

19

20           I declare under penalty of perjury that the foregoing is true and correct.

21           EXECUTED on August 25, 2008.

22

23                                                 s/Dominic E. Kardum
                                                   DOMINIC E. KARDUM
24                                                 Assistant U.S. Attorney

25

26

27

28   Notice of Appearance                                        08-CR-1841-BTM
     United States v. Joseph Junior Laporta (1), Connie Zuniga (2)

                                               3